Bernard S. Moore, OSB #843051
moore@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504-8345
Telephone: 541-779-2333
Facsimile: 541-779-6379
    Of Attorneys for Defendant Country Mutual Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **PETER S. BOGARD and WENDY V. BOGARD**,<br>               Plaintiffs,<br><br>v.<br><br>**COUNTRY MUTUAL INSURANCE COMPANY**,<br>               Defendant. | Case No. 1:19-cv-00705-AA<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

///

///

///

///

///

///

///

Country Mutual Insurance Company is organized in Illinois as a Mutual Insurance Company. No publicly held Company owns more than 10% of its stock.

DATED this 28th day of June 2019.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.

By: _____
Bernard S. Moore, OSB #843051
Of Attorneys for Defendant
TRIAL ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** upon:

Nikolaus N. Gower
TAYLOR & TAPPER
400 E. Second Avenue, Suite 103
Eugene, OR 97401
Fax: 541-246-2424
Email: nick@taylortapper.com
Of Attorneys for Plaintiff

☒ by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☒ by mailing to said attorney a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorney at said attorney's last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

☐ by personally handing said attorney a copy thereof, certified by me as such, on the date set forth below.

Dated this 28th day of June, 2019.

Bernard S. Moore, OSB #843051
Of Attorneys for Defendant
TRIAL ATTORNEY